# EXHIBIT 2

## U.S. Patent No. 11,381,866 (the "'866 Patent") Exemplary Infringement Chart

Charter operates and maintains a nationwide television and data network through which it sells, leases, and offers for sale products and services, including the Spectrum 100-series STBs, Spectrum 200-series STBs, Spectrum 101-series STBs, Spectrum 201-series STBs, Spectrum 110-series STBs, Spectrum 210-series STBs, the Arris DCX3600 STB, and products that operate in a similar manner ("Accused Set Top Products"). Charter provides cable television and internet services ("Accused Services") via the lease, sale, and/or distribution of the Accused Set Top Products. Charter literally and/or under the doctrine of equivalents infringes the claims of the '866 Patent under 35 U.S.C. § 271(a) by making, using, selling, offering for sale, and/or importing the Accused Services and/or the Accused Set Top Products.

| # | U.S. Patent No. 11,381,866 | The Accused Set Top Products |
|---|---|---|
| 27pre | 27. A cable television (TV) device comprising: | The Accused Services utilize the claimed cable TV device by using, for example, the Accused Set Top Products, which include at least one Set Top box ("STB") located at each sub-scriber location, including, for example, the Spectrum 100-series STBs, Spectrum 200-series STBs, Spectrum 101-series STBs, Spectrum 201-series STBs, Spectrum 110-series STBs, Spectrum 210-series STBs, the Arris DCX3600 STB, and products that operate in a similar manner. By way of example, the Spectrum 210 (specifically the Spectrum 210-T) is charted herein. |
| 27a | a wideband analog-to-digital converter (ADC) configured to digitize a contiguous band of frequencies in an input signal, wherein the contiguous band of frequencies comprises a plurality of desired channels and a plurality of undesired channels; | The Accused Set Top Products include a wideband analog-to-digital converter (ADC) configured to digitize a contiguous band of frequencies in an input signal, wherein the contiguous band of frequencies comprises a plurality of desired channels and a plurality of undesired channels as described below:<br><br>The Spectrum product line includes the Spectrum 110A and Spectrum 210A. Both products are video home Set Tops with a wideband QAM tuner capable of up to 4 tunes.<br><br>Full-Band Capture digital tuning technology and remote diagnostics: Integrated on-chip technology directly samples and digitizes the entire 1GHz downstream spectrum of a cable plant, providing access to any channel anywhere. Remote diagnostics provides real time, unobtrusive diagnostic and spectrum analysis capabilities, without effecting user service on any of the 24 downstream channels. |
| 27b | a digital frontend (DFE) coupled to the wideband ADC, wherein the | The Accused Set Top Products include a digital frontend (DFE) coupled to the wideband ADC, wherein the DFE is configured to concurrently select and provide each of the plurality of desired |

| # | U.S. Patent No. 11,381,866 | The Accused Set Top Products |
|---|---|---|
| | DFE is configured to concurrently select and provide each of the plurality of desired channels without providing any of the plurality of undesired channels, and wherein the cable TV device comprises a digital video recorder (DVR). | channels without providing any of the plurality of undesired channels, and wherein the cable TV device comprises a digital video recorder (DVR) as described below:<br><br>Full-Band Capture digital tuning technology and remote diagnostics: Integrated on-chip technology directly samples and digitizes the entire 1GHz downstream spectrum of a cable plant, providing access to any channel anywhere. Remote diagnostics provides real time, unobtrusive diagnostic and spectrum analysis capabilities, without effecting user service on any of the 24 downstream channels.<br><br>**Full-Band Capture Digital Tuner Architecture**<br><br>[Diagram: Analog Domain (LNA → Full-Band Capture) → Digital Domain (mixer, filter → Demods xN); labeled "All Digital Tuner"]<br><br>Supports DOCSIS and digital video on any frequency eliminating limitations of "block" tuners. When combined with Broadcom's Set Top box SoC with fast acquisition technology, video channels can be pre-tuned and users can enjoy the experience of Broadcom's FastRTV™ fast channel change technology.<br><br>The layout of Spectrum's channels is a little erratic. From 01 to 99 you get a best-of selection of some of the most popular channels with no real organization. Then there is another batch of channels from 100 to 199 that overlap with the first hundred in some ways but not completely. Then from 200 to 220-ish you get your news channels. […] The channels go on and on, meandering in clumps of logic and chaos. The 300s are more sports-oriented and unlike DirecTV, Spectrum has channels like the Pac-12 Network (needed for USC football games later in the summer) and Dodgers games. |

| # | U.S. Patent No. 11,381,866 | The Accused Set Top Products |
|---|---|---|
| | | The Spectrum 210 is the company's stock DVR. It doesn't really have a price as it comes as part of your service and you don't really own it. If you upgrade or dump their service, you have to return it to your local Spectrum location.<br><br>It is unclear how large the internal hard drive is, but it can hold a pretty good volume of TV (including HD) content. |