# EXHIBIT 4

## U.S. Patent No. 11,399,206 (the "'206 Patent") Exemplary Infringement Chart

Charter operates and maintains a nationwide television and data network through which it sells, leases, and offers for sale products and services, including the Spectrum 100-series STBs, Spectrum 200-series STBs, Spectrum 101-series STBs, Spectrum 201-series STBs, Spectrum 110-series STBs, Spectrum 210-series STBs, the Arris DCX3600 STB, and products that operate in a similar manner ("Accused Set Top Products"). Charter provides cable television and internet services ("Accused Services") via the lease, sale, and/or distribution of the Accused Set Top Products. Charter literally and/or under the doctrine of equivalents infringes the claims of the '206 Patent under 35 U.S.C. § 271(a) by making, using, selling, offering for sale, and/or importing the Accused Services and/or the Accused Set Top Products.

| # | U.S. Patent No. 11,399,206 | The Accused Set-Top Products |
|---|---|---|
| **25(pre)** | 25. A method for receiving a television (TV) signal comprising: | The Accused Set-Top Products, which include at least one Set-Top box ("STB") located at each subscriber location, including, for example, the Spectrum 100-series STBs, Spectrum 200-series STBs, Spectrum 101-series STBs, Spectrum 201-series STBs, Spectrum 110-series STBs, Spectrum 210-series STBs, the Arris DCX3600 STB, and products that operate in a similar manner perform the claimed method for receiving a television (TV) signal comprising the following elements. By way of example, the Spectrum 210 (specifically the Spectrum 210-T) is charted herein. |
| **25a** | receiving an input signal from a cable network; | The Accused Set-Top Products receive an input signal from a cable network as described below:<br><br>The Spectrum product line includes the Spectrum 110A and Spectrum 210A. Both products are video home Set-Tops with a wideband QAM tuner capable of up to 4 tunes.<br><br>Full-Band Capture digital tuning technology and remote diagnostics: Integrated on-chip technology directly samples and digitizes the entire 1GHz downstream spectrum of a cable plant, providing access to any channel anywhere. Remote diagnostics provides real time, unobtrusive diagnostic and spectrum analysis capabilities, without effecting user service on any of the 24 downstream channels.<br><br>The layout of Spectrum's channels is a little erratic. From 01 to 99 you get a best-of selection of some of the most popular channels with no real organization. Then there is another batch of channels from 100 to 199 that overlap with the first hundred in some ways but not completely. |

| # | U.S. Patent No. 11,399,206 | The Accused Set-Top Products |
|---|---|---|
| | | Then from 200 to 220-ish you get your news channels. […] The channels go on and on, meandering in clumps of logic and chaos. The 300s are more sports-oriented and unlike DirecTV, Spectrum has channels like the Pac-12 Network (needed for USC football games later in the summer) and Dodgers games. |
| 25b | digitizing a contiguous band of frequencies in the input signal via a wideband analog-to-digital converter (ADC), wherein the contiguous band of frequencies comprises all received channels that exist in the input signal and the received channels comprise a plurality of desired channels and a plurality of undesired channels; | The Accused Set-Top Products digitize a contiguous band of frequencies in the input signal via a wideband analog-to-digital converter (ADC), wherein the contiguous band of frequencies comprises all received channels that exist in the input signal and the received channels comprise a plurality of desired channels and a plurality of undesired channels as described below:<br><br>The Spectrum product line includes the Spectrum 110A and Spectrum 210A. Both products are video home Set-Tops with a wideband QAM tuner capable of up to 4 tunes.<br><br>Full-Band Capture digital tuning technology and remote diagnostics: Integrated on-chip technology directly samples and digitizes the entire 1GHz downstream spectrum of a cable plant, providing access to any channel anywhere. Remote diagnostics provides real time, unobtrusive diagnostic and spectrum analysis capabilities, without effecting user service on any of the 24 downstream channels. |
| 25c | concurrently selecting each of the plurality of desired channels from the input signal without selecting any of the plurality of undesired channels; and | The Accused Set-Top Products concurrently select each of the plurality of desired channels from the input signal without selecting any of the plurality of undesired channels as described below:<br><br>Full-Band Capture digital tuning technology and remote diagnostics: Integrated on-chip technology directly samples and digitizes the entire 1GHz downstream spectrum of a cable plant, providing access to any channel anywhere. Remote diagnostics provides real time, unobtrusive diagnostic and spectrum analysis capabilities, without effecting user service on any of the 24 downstream channels.<br><br>Supports DOCSIS and digital video on any frequency eliminating limitations of "block" tuners. When combined with Broadcom's set-top box SoC with fast acquisition technology, video |

| # | U.S. Patent No. 11,399,206 | The Accused Set-Top Products |
|---|---|---|
|  |  | channels can be pre-tuned and users can enjoy the experience of Broadcom's FastRTV™ fast channel change technology.<br><br>The layout of Spectrum's channels is a little erratic. From 01 to 99 you get a best-of selection of some of the most popular channels with no real organization. Then there is another batch of channels from 100 to 199 that overlap with the first hundred in some ways but not completely. Then from 200 to 220-ish you get your news channels. […] The channels go on and on, meandering in clumps of logic and chaos. The 300s are more sports-oriented and unlike DirecTV, Spectrum has channels like the Pac-12 Network (needed for USC football games later in the summer) and Dodgers games.<br><br>The Spectrum 210 is the company's stock DVR. It doesn't really have a price as it comes as part of your service and you don't really own it. If you upgrade or dump their service, you have to return it to your local Spectrum location.<br><br>It is unclear how large the internal hard drive is, but it can hold a pretty good volume of TV (including HD) content. |
| **25d** | providing the plurality of desired channels, | The Accused Set-Top Products provide the plurality of desired channels, as described below:<br><br>The layout of Spectrum's channels is a little erratic. From 01 to 99 you get a best-of selection of some of the most popular channels with no real organization. Then there is another batch of channels from 100 to 199 that overlap with the first hundred in some ways but not completely. Then from 200 to 220-ish you get your news channels. […] The channels go on and on, meandering in clumps of logic and chaos. The 300s are more sports-oriented and unlike DirecTV, Spectrum has channels like the Pac-12 Network (needed for USC football games later in the summer) and Dodgers games.<br><br>The Spectrum 210 is the company's stock DVR. It doesn't really have a price as it comes as part of your service and you don't really own it. If you upgrade or dump their service, you have to return it to your local Spectrum location. |

| # | U.S. Patent No. 11,399,206 | The Accused Set-Top Products |
|---|---|---|
| | | It is unclear how large the internal hard drive is, but it can hold a pretty good volume of TV (including HD) content. |
| 25e | wherein the method is performed by a device comprising a digital video recorder (DVR). | The Accused Set-Top Products are devices comprising a digital video recorder (DVR) that performs the method as described below:<br><br>The layout of Spectrum's channels is a little erratic. From 01 to 99 you get a best-of selection of some of the most popular channels with no real organization. Then there is another batch of channels from 100 to 199 that overlap with the first hundred in some ways but not completely. Then from 200 to 220-ish you get your news channels. […] The channels go on and on, meandering in clumps of logic and chaos. The 300s are more sports-oriented and unlike DirecTV, Spectrum has channels like the Pac-12 Network (needed for USC football games later in the summer) and Dodgers games.<br><br>The Spectrum 210 is the company's stock DVR. It doesn't really have a price as it comes as part of your service and you don't really own it. If you upgrade or dump their service, you have to return it to your local Spectrum location.<br><br>It is unclear how large the internal hard drive is, but it can hold a pretty good volume of TV (including HD) content. |