IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| ENTROPIC COMMUNICATIONS, LLC,<br><br>Plaintiff,<br><br>v.<br><br>CHARTER COMMUNICATIONS, INC.,<br><br>Defendant. | Case No. 2:23-cv-00052-JRG<br><br>**DEMAND FOR JURY TRIAL** |

## JURY DEMAND

Plaintiff hereby requests a trial by jury pursuant to Rule 38 of the Federal Rules of Civil Procedure.

Dated: February 10, 2023

Respectfully submitted,
<u>/s/ *James Shimota by permission Andrea Fair*</u>
James Shimota (*pro hac vice* forthcoming)
Jason Engel (*pro hac vice* forthcoming)
George Summerfield
**K&L GATES LLP**
70 W. Madison Street, Suite 3300
Chicago, IL 60602
Tel.: (312) 372-1121
Fax: (312) 827-8000
jim.shimota@klgates.com
jason.engel@klgates.com
george.summerfield@klgates.com

Darlene F. Ghavimi
Texas Bar No. 24072114
**K&L GATES LLP**
2801 Via Fortuna, Suite #650
Austin, TX 78746
Telephone: (512) 482-6919
Facsimile: (512) 482-6800
darlene.ghavimi@klgates.com

-1-

-2-

          Wesley Hill
          Texas Bar No. 24032294
          Andrea Fair
          Texas Bar No. 24078488
          **WARD, SMITH & HILL, PLLC**
          1507 Bill Owens Pkwy
          Longview, TX 75604
          Tel: (903) 757-6400
          wh@wsfirm.com
          andrea@wsfirm.com

          **ATTORNEYS FOR PLAINTIFF**
          **ENTROPIC COMMUNICATIONS, LLC**

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing document was filed electronically in compliance with Local Rule CV-5(a).  Therefore, this document was served on all counsel who are deemed to have consented to electronic service on this the 10th day of February, 2023.

          /s/ *Andrea Fair*
          Andrea Fair