UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| ENTROPIC COMMUNICATIONS, LLC,<br><br>  Plaintiff,<br><br>  v.<br><br>CHARTER COMMUNICATIONS, INC.,<br><br>  Defendants. | Case No. 2:23-cv-00052-JRG<br><br>**JURY TRIAL DEMANDED** |

### NOTICE OF APPEARANCE OF COUNSEL FOR PLAINTIFF
### ENTROPIC COMMUNICATIONS, LLC

Notice is hereby given that George C. Summerfield of the law firm K&L Gates LLP hereby enters his appearance as an attorney of record for Plaintiff Entropic Communications, LLC in all further proceedings in this cause of action, and requests that all future documents from the Court and the parties in this matter be provided to him by electronic service.

                                          Respectfully submitted,

                                          */s/ George C. Summerfield*
                                          George C. Summerfield
                                          K&L Gates LLP
                                          70 West Madison Street, Suite 3300
                                          Chicago, Illinois 60602
                                          (312) 372-1121
                                          george.summerfield@klgates.com

                                          Counsel for Plaintiff
                                          Entropic Communications, LLC

Date:  February 14, 2023

## **CERTIFICATE OF SERVICE**

I hereby certify that a copy of the foregoing document was filed electronically in compliance with Local Rule CV-5(a). Therefore, this document was served on all counsel who are deemed to have consented to electronic service on this the 14th day of February, 2023.

/s/ *George C. Summerfield*
George Summerfield