UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| ENTROPIC COMMUNICATIONS, LLC,<br><br>    Plaintiff,<br><br>    v.<br><br>CHARTER COMMUNICATIONS, INC.,<br><br>    Defendants. | Case No. 2:23-cv-00052-JRG<br><br>**JURY TRIAL DEMANDED** |

NOTICE OF APPEARANCE OF COUNSEL FOR PLAINTIFF
ENTROPIC COMMUNICATIONS, LLC

The undersigned attorney, Darlene F. Ghavimi, herby enters a Notice of Appearance as counsel of record on behalf of Plaintiff, Entropic Communications, LLC., in this case and is authorized to receive service of all pleadings, notices, orders and other papers in the above-captioned matter on behalf of the aforementioned parties.

                Respectfully submitted,

                */s/ Darlene F. Ghavimi*
                Darlene F. Ghavimi
                K&L Gates LLP
                2801 Via Fortuna, Suite #650
                Austin, TX 78746
                Telephone: (512) 482-6919
                Facsimile: (512) 482-6800
                Darlene.ghavimi@klgates.com

                Counsel for Plaintiff
                Entropic Communications, LLC

Date:  February 14, 2023

## **CERTIFICATE OF SERVICE**

I hereby certify that a copy of the foregoing document was filed electronically in compliance with Local Rule CV-5(a). Therefore, this document was served on all counsel who are deemed to have consented to electronic service on this the 14th day of February, 2023.

*/s/ Darlene F. Ghavimi*
Darlene F. Ghavimi