IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | | |
|---|---|---|
| ENTROPIC COMMUNICATIONS, LLC, | § | |
| | § | |
| *Plaintiff*, | § | |
| | § | |
| v. | § | CIVIL ACTION NO.  2:23-CV-00052-JRG |
| | § | |
| CHARTER COMMUNICATIONS, INC., | § | |
| | § | |
| *Defendant*. | § | |

## ORDER

Before the Court is the Unopposed Motion for Leave to File Under Seal (the "Motion") filed by Defendant Charter Communications, Inc. ("Charter").  (Dkt. No. 12.)  In the Motion, Charter requests leave to file under seal its Motion to Dismiss the Amended Complain for Improper Venue pursuant to Federal Rule of Civil Procedure 12(b)(3) (the "Motion to Dismiss") because it discusses confidential proprietary and business information.  (*Id.* at 1.)

Having considered the Motion, and noting that it is unopposed, the Court finds that it should be and hereby is **GRANTED**.  Accordingly, Charter is granted leave to file the Motion to Dismiss under seal.

**So ORDERED and SIGNED this 24th day of April, 2023.**

RODNEY GILSTRAP
UNITED STATES DISTRICT JUDGE