# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| ENTROPIC COMMUNICATIONS, LLC,<br><br>    Plaintiff,<br><br>    v.<br><br>CHARTER COMMUNICATIONS, INC.,<br><br>    Defendant. | Civil Action No. 2:23-cv-00052-JRG<br><br>**JURY TRIAL DEMANDED** |

### [PROPOSED] ORDER GRANTING MOTION TO DISMISS COMPLAINT

Before this Court is the Motion to Dismiss filed by Defendant Charter Communications, Inc. pursuant to Federal Rule of Civil Procedure 12(b)(3) for improper venue.

Having considered the motion and the applicable law, the Court determines that the motion should be **GRANTED**.

It is therefore **ORDERED** that the above-identified action be dismissed without prejudice pursuant to Rule 12(b)(3) of the Federal Rules of Civil Procedure.