AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the

Eastern District of Texas

| Entropic Communications, LLC | ) | |
|---|---|---|
| *Plaintiff* | ) | |
| v. | ) | Case No.   2:23-cv-052-JRG |
| Charter Communications, Inc. | ) | |
| *Defendant* | ) | |

**APPEARANCE OF COUNSEL**

To:    The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Charter Communications, Inc.

Date:   05/05/2023

/s/ Elizabeth A. Long
*Attorney's signature*

Elizabeth A. Long; New York Bar No. 4125209
*Printed name and bar number*
250 W. 55th Street
New York, New York 10019

*Address*

Elizabeth.Long@arnoldporter.com
*E-mail address*

(212) 836-8000
*Telephone number*

(212) 836-8689
*FAX number*