# EXHIBIT I



< All Leadership                                                                 Prev | Next



# Paul Marchand

Paul Marchand joined Charter Communications as Executive Vice President, Chief Human Resources Officer in 2015. Mr. Marchand is responsible for all human resources strategies, policies and practices for more than 93,000 employees. He oversees all aspects of HR including recruitment, training and development, HR operations including payroll, HR shared services and HR systems, as well as compensation and benefits.

Mr. Marchand joined Charter from PepsiCo, most recently serving as Senior Vice President of Human Resources for the North America Beverages division. Earlier in his career he served in human resources roles at Merrill Lynch, JP Morgan and the May Department Stores.

He received a B.A. in advertising from Syracuse University and a master's degree in organizational psychology from Columbia University.

Download Profile Image



© 2023 Charter Communications Inc.

Terms of Service | Your Privacy Rights | California Consumer Privacy Rights | California Consumer Do Not Sell or Share My Personal Information | California Consumer Limit the Use of My Sensitive Personal Information | Site Map

If you are a customer with disability, please contact us. If you need assistance