# EXHIBIT P



# Services

Need help with your order? Call 1-855-839-4246.

📍 13286 Guerin Dr, 75035

**SHOW ME OFFERS WITH:**

| TV ⬤○ | Internet ⬤○ | Home Phone ⬤○ |
|---|---|---|

---

**Up to 500 Mbps**
## INTERNET ULTRA

- Turbocharged Internet with NO data caps
- Complete control over your Spectrum WiFi network with Advanced WiFi

🏷 **Eligible for Spectrum One savings.** See details

From
**$39**.**99**/mo
for 24 mos
Plan details

**ADD OFFER**

Plan details

---

**Up to 1 Gbps**
## INTERNET GIG

- Our fastest Internet with NO data caps for ultimate performance
- Complete control over your Spectrum WiFi network with Advanced WiFi

🏷 **Eligible for Spectrum One savings.** See details

From
**$59**.**99**/mo
for 24 mos
Plan details

**ADD OFFER**

Plan details

---

**125+ Channels / Up to 500 Mbps**
## TV SELECT + INTERNET ULTRA

- Boost Your Speed with Internet Ultra
- View channel lineup

🏷 **Eligible for Spectrum One savings.** See details

From
**$89**.**98**/mo
for 24 mos
when bundled
Plan details

**ADD OFFER**

Plan details

---

**140+ Channels / Up to 500 Mbps**
## MI PLAN LATINO + INTERNET ULTRA

- Spanish and English language programming with thousands of On Demand choices.
- View channel lineup

🏷 **Eligible for Spectrum One savings.** See details

From
**$79**.**98**/mo
for 24 mos
when bundled
Plan details

ADD OFFER

Plan details

## 125+ Channels
## TV SELECT

From
$**59**.99/mo
for 12 mos

- Get popular movies,sports and news with thousands of On Demand choices
- View   channel lineup

Plan details

ADD OFFER

Plan details

## 140+ Channels
## MI PLAN LATINO

From
$**39**.99/mo
for 12 mos

- 140+ channels  with FREE HD including 75+ Spanish channels
- FREE On Demand access
- Stream anywhere with the spectrum TV® app

Plan details

ADD OFFER

Plan details

**Spectrum**

**1.855.839.4246**

Product and Offer Disclaimers | Your Privacy Rights | Policies | Contract Buyout Information | Ratecard | California Privacy Policy | California Consumer Do Not Sell or Share My Personal Information | California Consumer Limit the Use of My Sensitive Personal Information

Not all products, pricing and services are available in all areas. Pricing and actual speeds may vary. Internet speeds based on wired connection, Restrictions apply.

©2023 Charter Communications, Inc.

Chat With Us

✕