# EXHIBIT S





# Franchise Tax Account Status
As of : 01/10/2023 13:15:40

This page is valid for most business transactions but is not sufficient for filings with the Secretary of State

| | SPECTRUM GULF COAST, LLC |
|---|---|
| Texas Taxpayer Number | 32048202892 |
| Mailing Address | 12405 POWERSCOURT DR C/O INC TAX DEPT SAINT LOUIS, MO 63131-3673 |
| ❓ Right to Transact Business in Texas | ACTIVE |
| State of Formation | DE |
| Effective SOS Registration Date | 09/01/2012 |
| Texas SOS File Number | 0801609419 |
| Registered Agent Name | CORPORATION SERVICE COMPANY D/B/A CSC-LAWYERS INCO |
| Registered Office Street Address | 211 E. 7TH STREET SUITE 620 AUSTIN, TX 78701 |