**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF TEXAS**
**MARSHALL DIVISION**

| | |
|---|---|
| ENTROPIC COMMUNICATIONS, LLC, | Civil Action No. 2:23-cv-00052-JRG |
| Plaintiff, | JURY TRIAL DEMANDED |
| v. | |
| CHARTER COMMUNICATIONS, INC., | |
| Defendant. | |

**ORDER**

Before the Court is Defendant's Charter Communications, Inc.'s Motion to Dismiss the Second Amended Complaint for Improper Venue Pursuant to FRCP 12(b)(3) (Dkt. No. 13). After consideration, the Court finds that Defendant's Motion to Dismiss is DENIED.