UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| ENTROPIC COMMUNICATIONS, LLC,<br><br>Plaintiff,<br><br>v.<br><br>CHARTER COMMUNICATIONS, INC.,<br><br>Defendant. | Case No. 2:23-cv-00052-JRG<br><br>**JURY TRIAL DEMANDED** |

### ORDER GRANTING UNOPPOSED MOTION FOR LEAVE TO FILE UNDER SEAL

The Court, having considered Plaintiff Entropic Communications, LLC's Unopposed Motion for Leave to File Under Seal, and for good cause shown, hereby **GRANTS** the motion.

It is therefore **ORDERED** that Plaintiff Entropic Communications, LLC is GRANTED leave to file under seal its Sur-Reply in Further Opposition to Defendant's Motion to Dismiss for Improper Venue pursuant to Federal Rule of Civil Procedure 12(b)(3).