## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF TEXAS
## MARSHALL DIVISION

| | |
|---|---|
| ENTROPIC COMMUNICATIONS, LLC, §<br>§<br>*Plaintiff*, §<br>§<br>v. §<br>§<br>CHARTER COMMUNICATIONS, INC., §<br>§<br>*Defendant*. §<br>§ | CIVIL ACTION NO.  2:23-CV-00052-JRG |

## <u>ORDER</u>

Before the Court is the Unopposed Motion for Leave to File Under Seal (the "Motion") filed by Defendant Charter Communications, Inc. ("Charter").  (Dkt. No. 25.)  In the Motion, Charter requests leave to file under seal its Reply Brief in Further Support of its Motion to Dismiss the Amended Complaint for Improper Venue pursuant to Federal Rule of Civil Procedure 12(b)(3) (the "Reply Brief") because it discusses confidential proprietary and business information.

Having considered the Motion, and noting that it is unopposed, the Court finds that it should be and hereby is **GRANTED**.  Accordingly, Charter is granted leave to file the Reply Brief under seal.

**So ORDERED and SIGNED this 22nd day of May, 2023.**

RODNEY GILSTRAP
UNITED STATES DISTRICT JUDGE