IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | | |
|---|---|---|
| ENTROPIC COMMUNICATIONS, LLC, | § | |
| | § | |
| *Plaintiff*, | § | |
| | § | |
| v. | § | CIVIL ACTION NO. 2:23-CV-00052-JRG |
| | § | |
| CHARTER COMMUNICATIONS, INC., | § | |
| | § | |
| *Defendant*. | § | |

## ORDER

Before the Court is the Unopposed Motion for Leave to File Under Seal (the "Motion") filed by Plaintiff Entropic Communications, Inc. ("Entropic"). (Dkt. No. 29.) In the Motion, Entropic requests leave to file under seal its Sur-Reply in Further Opposition to Defendant's Motion to Dismiss the Amended Complaint for Improper Venue pursuant to Federal Rule of Civil Procedure 12(b)(3) (the "Sur-Reply") because it discusses confidential proprietary and business information.

Having considered the Motion, and noting that it is unopposed, the Court finds that it should be and hereby is **GRANTED**.  Accordingly, Entropic is granted leave to file the Sur-Reply under seal.

So ORDERED and SIGNED this 22nd day of May, 2023.

_____
RODNEY GILSTRAP
UNITED STATES DISTRICT JUDGE