## AFFIDAVIT OF SERVICE

### UNITED STATES DISTRICT COURT
### Eastern District of Texas

Case Number: 2:23-CV-00052

Plaintiff:
**ENTROPIC COMMUNICATIONS, LLC**

vs.

Defendant:
**CHARTER COMMUNICATIONS, INC.**

Received these papers on the 26th day of May, 2023 at 3:15 pm to be served on **CHARTER COMMUNICATIONS, INC.** care of its Registered Agent, **CORPORATION SERVICE COMPANY d/b/a CSC-LAWYERS INCORPORATING SERVICE COMPANY, 211 E. 7th Street, Suite 620, Austin, Travis County, TX 78701**.

I, Thomas Kroll, being duly sworn, depose and say that on the **30th day of May, 2023 at 9:55 am, I:**

hand-delivered a true copy of this **First Amended Complaint for Patent Infringement with attached Exhibits 1 through 4 and Cover Letter from K&L Gates dated May 26, 2023**, to **CHARTER COMMUNICATIONS, INC.** care of its Registered Agent, **CORPORATION SERVICE COMPANY d/b/a CSC-LAWYERS INCORPORATING SERVICE COMPANY** by and through its authorized agent, **KANEISHA GROSS**, at the address of: **211 E. 7th Street, Suite 620, Austin, Travis County, TX 78701**, having first endorsed upon such copy of such process the date of delivery.

I certify that I am approved by the Judicial Branch Certification Commission, Misc. Docket No. 05-9122 under rule 103, 501, and 501.2 of the TRCP to deliver citations and other notices from any District, County and Justice Courts in and for the State of Texas. I am competent to make this oath; I am not less than 18 years of age, I am not a party to the above-referenced cause, I have not been convicted of a felony or a crime of moral turpitude, and I am not interested in the outcome of the above-referenced cause.

Subscribed and Sworn to before me on the 30th day of May, 2023 by the affiant who is personally known to me.

NOTARY PUBLIC

Helen Broussard
My Commission Expires
11/04/2023
ID No 130429927

Thomas Kroll
PSC - 3012, Exp. 8/31/2023

Our Job Serial Number: THP-2023003331
Ref: 1860287

Copyright © 1992-2023 DreamBuilt Software, Inc. - Process Server's Toolbox V8.2r

