UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| ENTROPIC COMMUNICATIONS, LLC,<br><br>    Plaintiff<br><br>    v.<br><br>CHARTER COMMUNICATIONS, INC.,<br><br>    Defendant. | Civil Action No. 2:23-cv-00052-JRG<br><br>**JURY TRIAL DEMANDED** |

In response to the Court's directive that Defendant Charter Communications, Inc. ("Charter") "explain[ ] whether there is any materially substantive basis to distinguish this case from the 125 case such that it would be inappropriate for the Court to deny the present Motion to dismiss for the same reasons that the Court denied the Motion to Dismiss for Improper Venue in the 125 Case," (Dkt. 42 at 2), Charter respectfully responds that there is no materially substantive basis for distinguishing this case from the 125 case for purposes of the venue Motion to Dismiss.

Dated:  October 20, 2023

Respectfully submitted,
/s/  Melissa Brown (with permission)
Deron R. Dacus
State Bar No. 00790553
The Dacus Firm, P.C.
821 ESE Loop 323, Suite 430
Tyler, TX 75701
Phone: (903) 705-1117
Fax: (903) 581-2543
Email: ddacus@dacusfirm.com

Daniel L. Reisner
David Benyacar
Elizabeth Long

-1-

Albert J. Boardman
Melissa Brown
ARNOLD & PORTER KAYE SCHOLER LLP
250 West 55th Street
New York, New York, 10019-9710
Telephone: (212) 836-8000
Email: daniel.reisner@arnoldporter.com
Email: david.benyacar@arnoldporter.com
Email: elizabeth.long@arnoldporter.com
Email: albert.boardman@arnoldporter.com
Email: melissa.brown@arnoldporter.com

Amy DeWitt
ARNOLD & PORTER KAYE SCHOLER LLP
601 Massachusetts Avenue NW
Washington, DC 20001-3743
Telephone: (202) 942-6990
Email: amy.dewitt@arnoldporter.com

***Attorneys for Defendant***
***Charter Communications, Inc.***

-2-

-3-

**CERTIFICATE OF SERVICE**

    I hereby certify that a true and correct copy of the above and foregoing document has been served on all counsel of record via the Court's ECF system on October 20, 2023.

                                                                    /s/ Melissa A. Brown
                                                                      Melissa Brown