**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION**

|  |  |  |
|---|---|---|
| ENTROPIC COMMUNICATIONS, LLC, | § | Civil Action No. 2:23-cv-00052-JRG |
|  | § |  |
| Plaintiff | § | **JURY TRIAL DEMANDED** |
|  | § |  |
| v. | § |  |
|  | § |  |
| CHARTER COMMUNICATIONS, INC., | § |  |
|  | § |  |
| Defendants. | § |  |

## <u>ORDER</u>

Before the Court is Plaintiff's Unopposed Motion for Leave to Amend Complaint and Infringement Contentions (the "Motion").  After considering the motion, the Court finds that the Motion is well taken and is hereby GRANTED.

Accordingly, it is ORDERED that Plaintiff's Second Amended Complaint is DEEMED FILED on October 31, 2023.

It is further ORDERED that Plaintiff is GRANTED leave to amend its infringement contentions to assert infringement of the '275 Patent and that Plaintiff's operative infringement contentions for the '275 Patent are those previously served by Plaintiff on October 26, 2023.

1