IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | | |
|---|---|---|
| ENTROPIC COMMUNICATIONS, LLC, | § | |
| *Plaintiff*, | § | |
| v. | § | CIVIL ACTION NO. 2:23-CV-00052-JRG |
| CHARTER COMMUNICATIONS, INC., | § | |
| *Defendant*. | § | |

**ORDER**

Before the Court is Plaintiff Entropic Communications, LLC's ("Entropic") Unopposed Motion for Leave to Amend its Complaint and Infringement Contentions (the "Motion"). (Dkt. No. 48.) In the Motion, Entropic seeks leave to amend its complaint and infringement contentions to assert U.S. Patent No. 11,785,275. (*Id.* at 1.) Entropic argues that good cause exists to amend the pleadings and infringement contentions because the deadline to amend pleadings has not yet passed, there is no undue delay, and Defendant Charter Communications, Inc. ("Charter") will not be prejudiced by the amendment. (*Id.* at 2-6.) Charter does not oppose the Motion. Having considered the unopposed Motion, and for good cause shown, the Court is of the opinion that the Motion should be and hereby is **GRANTED**.

**So Ordered this**

**Nov 2, 2023**

_____
RODNEY GILSTRAP
UNITED STATES DISTRICT JUDGE