IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| ENTROPIC COMMUNICATIONS, LLC, | § |
| *Plaintiff*, | § |
| v. | §  CIVIL ACTION NO. 2:23-CV-00052-JRG |
| CHARTER COMMUNICATIONS, INC., | § |
| *Defendant*. | § |

### ORDER

Before the Court is the parties' Stipulation of Dismissal Pursuant to Rule 41(a)(1)(A)(ii) (the "Stipulation"). (Dkt. No. 56.) In the Stipulation the parties represent that all claims between Plaintiff and Defendant in the above-captioned case should be dismissed with prejudice. (*Id.*)

Having considered the Stipulation, the Court **ACKNOWLEDGES** and **ACCEPTS** that all claims between the Plaintiff and Defendant in the above-captioned case are **DISMISSED WITH PREJUDICE**. The parties are to bear their own costs and attorneys' fees. The Clerk of Court is directed to **CLOSE** the above-captioned case.

**So Ordered this**

**Jan 25, 2024**

_____
RODNEY GILSTRAP
UNITED STATES DISTRICT JUDGE